**BOWLES, Price Administrator, v. EAST ST. JOHNS SHINGLE CO., Inc.**

**No. 11016.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 24, 1945.

George Moncharsh, Deputy Adm'r for Enforcement, O. P. A., and David London, Chief Appellate Branch, both of Washington, D.C. (Samuel Mermin, Sp. Appellate Atty., of Washington, D.C., of counsel), Herbert H. Bent, Regional Litigation Atty., O. P. A., of San Francisco, Cal., and Jerome S. Bischoff, Chief, Lumber Enforcement Unit, and Norman T. J. McCaffery, Dist. Enforcement Atty., both of Portland, Or., for appellant.

James Arthur Powers, of Portland, Or., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

MATHEWS, Circuit Judge.

On June 26, 1944, an action was instituted against appellee under § 205(e) of the Emergency Price Control Act of 1942, 50 U.S.C.A.Appendix, § 925(e). Appellee answered, trial was had, and on December 19, 1944, judgment was entered dismissing the action. From that judgment this appeal is prosecuted.

The action was instituted in the name of appellant, as Price Administrator, by attorneys of the Office of Price Administration—Jerome S. Bischoff, Regional Enforcement Attorney, and Norman T. J. McCaffery, District Enforcement Attorney. Appellee contended, and the trial court held, that Bischoff and McCaffery were not authorized to institute the action. We hold that they were so authorized by Revised General Order No. 3 (8 F.R. 8027) issued June 10, 1943, and that their acts were ratified by Second Revised General Order No. 3 (9 F.R. 11137) issued September 7, 1944. In so holding, we reaffirm Bowles v. Wheeler, 9 Cir., 152 F.2d 34.

Judgment reversed and case remanded for further proceedings.